

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00698-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin, Ronaldo Dunagan, Lynda C. Spence and EXP
Realty, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Pursuant to the parties' agreement, it is ORDERED that each party bear its own costs on appeal. *See* TEX. R. APP. P. 42.1(d).

SIGNED October 9, 2024.

_____
Irene Rios, Justice